Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania ▼

_____ Division

| | |
|---|---|
| ANTWINE THOMAS | Case No. _____ |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| CITY OF PHILADELPHIA et,al. | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ANTWINE THOMAS |
| Address | 1243 W. Firth Street |
| | Philadelphia, PA 19133 |
| County | Philadelphia |
| Telephone Number | 484-957-9150 |
| E-Mail Address | Acruz1620@icloud.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CITY OF PHILADELPHIA et,al. |
| Job or Title *(if known)* | Police Department |
| Address | 1747 N. 17th Street |
| | Philadelphia, PA 19121 |
| County | Philadelphia |
| Telephone Number | 215-686-3220 |
| E-Mail Address *(if known)* | N/A |

[ ] Individual capacity  [✔] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | DANIEL SWEENEY et,al. |
| Job or Title *(if known)* | Detective |
| Address | 1747 N. 17th Street |
| | Philadelphia, PA 19121 |
| County | Philadelphia |
| Telephone Number | 215-686-3220 |
| E-Mail Address *(if known)* | N/A |

[ ] Individual capacity  [✔] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
  Name: JOAN A. BROWN et,al.
  Job or Title (if known): Probation Officer
  Address: 1401 Arch Street
  City: Philadelphia   State: Pa   Zip Code: 19106
  County: Philadelphia
  Telephone Number: 215-683-1002
  E-Mail Address (if known): N/A

  [ ] Individual capacity   [✓] Official capacity

Defendant No. 4
  Name:
  Job or Title (if known):
  Address:
  City:   State:   Zip Code:
  County:
  Telephone Number:
  E-Mail Address (if known):

  [ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Under I (The Plaintiff's) 14th amendment (Due Process) is connected to this, since under Article 18,2 of Title 8.01 subsections 8.01-195.11 et seq.)...

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Under color of law, CITY OF PHILADELPHIA et,al., failed to protect I (The Plaintiff) by allowing I (The Plaintiff) to be wrongfully incarcerated for an alleged crime of a shooting that occurred, at which I (The Plaintiff) was found not guilty of this alleged incident. Under color of law, DANIEL SWEENEY (Detective) et,al., failed to protect I (The Plaintiff) by arresting and detaining I (The Plaintiff) for an alleged shooting that happened, at which I (The Plaintiff) was acquitted of the criminal case.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Philadelphia, Pa.

B. What date and approximate time did the events giving rise to your claim(s) occur?
June 28, 2024...

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
As I (The Plaintiff) was traveling on the 2600 Warnock Street in Philadelphia County, there was a shooting that took place as the Detective (DANIEL SWEENEY et,al.) illegally arrested and detained I (The Plaintiff) by wrongfully accusing I (The Plaintiff) for a crime that I did not commit. I (The Plaintiff) was still held in custody under JOAN A. BROWN (Probation Officer) et,al., after knowingly that I (The Plaintiff) was not involved in this alleged incident.

D

Under color of law, JOAN A. BROWN (Probation Officer) et,al., failed to I (The Plaintiff) by allowing I (The Plaintiff) to be arrested and detained illegally for a shooting that I (The Plaintiff) was not involved in. I (The Plaintiff) was still incarcerated upon being acquitted of the criminal case until being released upon probation officer's orders of release, at which caused strenuous harm.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I (The Plaintiff) have a mental injury by being denied due diligence from the court system causing I (The Plaintiff) to lose my job and family by being away for a crime that I (The Plaintiff) was acquitted of. I (The Plaintiff) have a physical injury by doing what was necessary to still hold my family together while incarcerated wrongfully.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I (The Plaintiff) is asking Per Person of Declaratory Damages of $ 500,000.00 Per Person of Monetary Damages $500,000.00 Per Person of Compensatory Damages $500,000.00 Per Person of Punitive damages.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-10-2025

Signature of Plaintiff: *Centeevine Thomas* (signature)
Printed Name of Plaintiff: ANTWINE CRUZ

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                *City*        *State*    *Zip Code*

Telephone Number
E-mail Address

REC'D NOV 03 2025

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ANTWENE THOMAS

**DEFENDANTS**
CITY OF PHILADELPHIA et.al.

(b) County of Residence of First Listed Plaintiff: PHILADELPHIA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: PHILADELPHIA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
N/A

Attorneys *(If Known)*
N/A

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [x] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

[x] 440 Other Civil Rights

## V. ORIGIN *(Place an "X" in One Box Only)*
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Article 18.2 of Title 8.01 § 8.01-195.11 et seq.)
Brief description of cause: WRONGFUL/FALSE IMPRISONMENT

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 500,000
CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY